UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Jeffrey George Pichotta  
Debra Ann Pichotta

Case No: 09–45529 – MER

Debtor(s)

Chapter 7 Case

## ORDER TO REOPEN CASE

An application or motion to reopen this case has been filed and appears to show cause for such reopening under Fed.R.Bankr.P. 5010 and 11 U.S.C. §350(b).

**IT IS THEREFORE ORDERED:**

1. This case is reopened.

2. The United States Trustee may serve as trustee if authorized, or shall appoint a trustee if appropriate.

3. The clerk shall serve this order on the applicant.

4. If the Applicant or movant is the former trustee, payment of the filing fee is deferred.

5. If the Applicant or movant sought to reopen the case in order to file a document, such document shall be filed within 60 days of the date of this order. If no such document is filed within 60 days and no application for extension of time is filed within that 60 days, the clerk shall close this case without further notice to the Applicant or movant.

Dated: 7/20/15

Michael E Ridgway  
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT  
Filed and docket entry made on July 20, 2015  
Lori Vosejpka Clerk, United States Bankruptcy Court  
By: qclinda Deputy Clerk

**oreop** 09/24/14